UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$59,920 UNITED STATES CURRENCY,

    Defendant.
_____/

Case No. 1:23-cv-269

Hon. Hala Y. Jarbou

## ORDER

On January 25, 2024, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the government's motion to strike the claim (ECF No. 8) be denied without prejudice (R&R, ECF No. 12). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on February 8, 2024. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Government's Motion to Strike Claim and Answer for Failure to Respond to Special Interrogatories (ECF No. 8) is **DENIED without prejudice**.

Dated: February 9, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE